862 A.2d 586

Joseph PADVA, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Nov. 17, 2004.

## ORDER

PER CURIAM.

. AND NOW, this 17th day of November, 2004, the Petition for Allowance of Appeal is hereby granted and the order of the Commonwealth Court is reversed based upon this Court's decision in *Siekierda v. Commonwealth of Pennsylvania, Dep't of Transp.*, —— Pa. ——, 860 A.2d 76, 2004 WL 2359860 (Pa. October 20, 2004).